JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LEONARD J. PORTO III, | No. SA CV 14-1890-DOC (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JASON FARRIS, et al., | |
| Defendants. | |

Pursuant to the order accepting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

DATED: January 8, 2016

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE